IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. BRYANT and JACK DELIDDO, <br><br> Plaintiffs, <br> v. <br><br> MICHAEL MATVIESHEN and DOES 1 through 25, inclusive, <br><br> Defendants. | 1:12-CV-00572 AWI SKO <br><br> ORDER ON DEFENDANT'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION <br><br> (Doc. No. 12) |

Now pending before the Court is Defendant's Request to Seal Documents in Support of Opposition to Motion for Preliminary Injunction. See Court's Docket, Doc. No. 12. The documents covered by the request were served on Plaintiffs by e-mail and regular mail pursuant to Local Rule 141(b). Plaintiffs have not opposed the request. Having reviewed the Request and finding good cause shown, IT IS HEREBY ORDERED that the following documents shall be sealed:

 1. Exhibit A of the Declaration of Michael Matvieshen in support of Opposition to Motion for Preliminary Injunction;

 2. Exhibit B of the Declaration of Michael Matvieshen in support of Opposition to Motion for Preliminary Injunction;

      3.     The unredacted Declaration of Michael Matvieshen.

IT IS SO ORDERED.

Dated:   May 8, 2012                                          
                                                CHIEF UNITED STATES DISTRICT JUDGE