IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. BRYANT and JACK DELIDDO,<br><br>             Plaintiffs,<br>     v.<br><br>MICHAEL MATVIESHEN and DOES 1 through 25, inclusive,<br><br>             Defendants. | 1:12-CV-00572  AWI SKO<br><br>ORDER ON PLAINTIFFS' EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL RE: PRELIMINARY INJUNCTION<br><br>(Doc. No. 14) |

Now pending before the Court is Plaintiffs' Ex Parte Application to File Documents Under Seal Re: Preliminary Injunction. <u>See</u> Court's Docket, Doc. No. 14. The documents covered by the request were not served on Defendant or submitted to the Court as required by Local Rule 141(b). However, to the extent the Court or the parties may require the documents to resolve future issues in this case, Plaintiffs may renew their request to file the documents under seal. Accordingly, Plaintiffs' application is DENIED WITHOUT PREJUDICE.
IT IS SO ORDERED.

Dated:   May 8, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE