IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. BRYANT and JACK DELIDDO,<br><br>               Plaintiffs,<br>    v.<br>MICHAEL MATVIESHEN and DOES 1 through 25, inclusive,<br><br>               Defendants. | 1:12-CV-00572  AWI SKO<br><br>ORDER VACATING HEARING DATE OF JULY 9, 2012 AND TAKING MATTER UNDER SUBMISSION |

    Plaintiffs have made a motion to find Defendant Matvieshen in contempt and for sanctions. Doc. 31. Defendant has filed an opposition. Doc. 35. No reply has been filed. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 9, 2012, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 5, 2012

CHIEF UNITED STATES DISTRICT JUDGE