# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. BRYANT and JACK DELIDDO,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHAEL MATVIESHEN and DOES 1 through 25, inclusive,<br><br>        Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS | Case No. 12-cv-00572 AWI SKO<br><br>**ORDER ON PARTIES' STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

      As set forth in the stipulation filed at docket number 46, the parties have agreed to the following:

    1.    The Mandatory Scheduling Conference currently set for August 2, 2012, shall be continued until TUESDAY, OCTOBER 16, 2012, at 9:45 a.m. in Department 7;[1]

    2.    In the event the parties cannot agree upon a proposed form of Stipulated Protective Order by September 1, 2012, in the interest of time, the parties agree that Magistrate

---

[1] The parties' stipulation indicates that the Scheduling Conference will take place in Department 2, but this has been corrected to Department 7.

Judge Sheila Oberto may resolve any issues relating to the Protective Order at an informal conference following the submission of letter briefs;

3. BRYANT/DELIDDO and MATVIESHEN shall serve their Initial Disclosures by SEPTEMBER 14, 2012; however, if a Protective Order is not in place by that time, Initial Disclosures requiring a Protective Order will be served within 14 days after a Protective Order is entered;

4. If Plaintiffs or MATVIESHEN wish to seek discovery prior to September 14, 2012, the party seeking such discovery may seek leave of Court to conduct such discovery through an informal telephonic conference with the Magistrate Judge following the submission of letter briefs.  Unless exceptional circumstances requiring immediate discovery exist, the parties shall meet and confer regarding the discovery requested prior to requesting an informal conference with the Court;

5. Full discovery is open as of September 14, 2012, pursuant to the Federal Rules. Changes to the scope of discovery may be authorized at the time of the Mandatory Scheduling Conference.

As set forth above, the parties' stipulated request is GRANTED.

IT IS SO ORDERED.

Dated: **July 27, 2012**              **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE