IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. BRYANT and JACK DELIDDO,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>MICHAEL MATVIESHEN and DOES 1 through 25, inclusive,<br><br>　　　　Defendants.<br>_____<br>MICHAEL MATVIESHEN,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>CHARLES L. BRYANT, JACK DELIDDO, GENERAL MOTORS VENTURES, INC., TENOR OPPORTUNITY MASTER FUND, LTD., GLG NORTH AMERICAN OPPORTUNITY FUND, and ATLAS INVESTMENT FUND,<br><br>　　　　Counter-Defendants<br>_____ | 1:12-CV-00572  AWI SKO<br><br>ORDER VACATING HEARING DATE OF SEPTEMBER 17, 2012 AND TAKING MATTER UNDER SUBMISSION |

1    Counter-Defendant General Motors ventures, Inc. has made a motion to dismiss the
2 counterclaim.  Defendant/Counter-Claimant Michael Matvishen opposes the motion.  The court
3 has reviewed the papers filed and has determined that the motion is suitable for decision without
4 further oral argument. See Local Rule 230(g).
5    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September
6 17, 2012, 2012, is VACATED, and no party shall appear at that time.  As of that date, the court
7 will take the matter under submission and will thereafter issue its decision.
8 IT IS SO ORDERED.

Dated:    September 13, 2012                           _____
                                                      CHIEF UNITED STATES DISTRICT JUDGE