Cathleen A. Cowin, Esq. (Bar #153424)
**Law Offices of Cathy Cowin**
2344 Tulare Street, Suite 300
Fresno, California 93721
Telephone: (559) 445-1234
Facsimile: (559) 445-0703

Attorneys for:   Plaintiffs CHARLES L. BRYANT, JACK DELIDDO, SUNLOGICS PLC and SUNLOGICS INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHARLES L. BRYANT and JACK DELIDDO,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MATVIESHEN and DOES 1 through 25, inclusive,<br><br>Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS | Case No. 12-cv-00572 AWI SKO<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

WHEREAS, the Mandatory Scheduling Conference in the above-captioned matter is presently set for October 16, 2012; and,

WHEREAS, the time to respond to pleadings for (a) Counter-Defendant GLG NORTH AMERICAN OPPORTUNITY FUND ("GLG") and Counter-Defendant ATLAS INVESTMENT FUND has not yet passed, and (b) there is a pending motion to dismiss filed by GENERAL MOTORS VENTURES, so that the pleadings are not settled;

WHEREAS, there is a pending *Ex Parte* Application for TRO and OSC re Preliminary Injunction and Receiver and counsel anticipate that the court will be issuing a briefing schedule.

WHEREAS, counsel for both Plaintiffs BRYANT, DELIDDO, SUNLOGICS PLC, and SUNLOGICS INC. and Counsel for Defendant MATVIESHEN have initiated their Rule 26

Meet and Confer discussions and agree that it would be most efficient to wait until after all Counter-Defendants have appeared in the action to (1) conduct the Mandatory Scheduling Conference, (2) conclude their conferences under Rule 16 and Rule 26 of the Federal Rules of Civil Procedure, and (3) file a Joint Scheduling Conference Statement; and,

WHEREAS, Plaintiffs BRYANT/DELIDDO and Counter-Defendants/Counter-Claimants SUNLOGICS PLC and SUNLOGICS INC. and Defendant MATVIESHEN agree to stipulate to the continuance of the Mandatory Scheduling Conference for a period of two months for this purpose;

**IT IS HEREBY AGREED**, by and between Plaintiffs BRYANT and DELIDDO, Counter-Defendants/Counter-Claimants SUNLOGICS PLC and SUNLOGICS INC., and Defendant MATVIESHEN, by and through their respective counsel, as follows:

1. Subject to the Court's approval, the Mandatory Scheduling Conference currently set for October 16, 2012 shall be continued until DECEMBER 13, 2012 at 9:30 a.m., or the next available date available to counsel and the Court.

2. Discovery is open to Plaintiffs BRYANT and DELIDDO and Defendant MICHAEL MATVIESHEN pursuant to the prior stipulation between BRYANT/DELIDDO and MATVIESHEN.

3. If SUNLOGICS PLC or SUNLOGICS INC. or MATVIESHEN (as to discovery outside the stipulation between BRYANT/DELIDDO and MATVIESHEN) wish to seek discovery prior to the date set for the Scheduling Conference, the party seeking such discovery may seek leave of Court to conduct such discovery through an informal telephonic conference with the Magistrate Judge following the submission of letter briefs.  Unless exceptional circumstances requiring immediate discovery exist, counsel for SUNLOGICS PLC, SUNLOGICS INC, and MATVIESHEN shall meet and confer regarding the discovery requested prior to requesting an informal conference with the Court.  Changes to the scope of discovery may be authorized at the Mandatory Scheduling Conference.

(Signatures on next page…)

Dated: OCTOBER 8, 2012     LAW OFFICE OF CATHY COWIN:
                           */s/ Cathleen A. Cowin*
                           _____
                           CATHLEEN A. COWIN,
                           Attorney for BRYANT, DELIDDO, SUNLOGICS PLC
                           and SUNLOGICS INC.

Dated: October 8, 2012     GREEN & NOBLIN PC:
                           */s/ James Robert Noblin*
                           _____
                           JAMES ROBERT NOBLIN,
                           Attorney for MATVIESHEN

## ORDER

1. The Mandatory Scheduling Conference currently set for October 16, 2012 shall be continued until:

   THURSDAY, December 13, 2012, at 9:30 a.m. in Courtroom 7.

2. If SUNLOGICS PLC or SUNLOGICS INC. wish to seek discovery prior to the Mandatory Scheduling Conference, or if MATVIESHEN wishes to seek discovery outside the scope of the stipulation with BRYANT/DELIDDO prior to the Mandatory Scheduling Conference, the party seeking such discovery may seek leave of Court to conduct such discovery through an informal telephonic conference with the Magistrate Judge following the submission of letter briefs.  Unless exceptional circumstances requiring immediate discovery exist, the parties shall meet and confer regarding the discovery requested prior to requesting an informal conference with the Court.

3. Changes to the scope of discovery may be authorized at the time of the Mandatory Scheduling Conference.

IT IS SO ORDERED.

   Dated:   **October 9, 2012**              **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE