# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. BRYANT and JACK DELIDDO, <br><br> Plaintiffs, <br> v. <br><br> MICHAEL MATVIESHEN and DOES 1 through 25, inclusive, <br><br> Defendants. <br>_____<br> MICHAEL MATVIESHEN, <br><br> Counter-Claimant, <br><br> v. <br><br> CHARLES L. BRYANT, JACK DELIDDO, GENERAL MOTORS VENTURES, INC., TENOR OPPORTUNITY MASTER FUND, LTD., GLG NORTH AMERICAN OPPORTUNITY FUND, and ATLAS INVESTMENT FUND, <br><br> Counter-Defendants <br>_____ | 1:12-CV-00572  AWI SKO <br><br> ORDER VACATING HEARING DATE OF JANUARY 7, 2013 AND TAKING MATTER UNDER SUBMISSION |

1    Counter-Defendant General Motors Ventures, Inc. has made a motion to dismiss the
2 counterclaim. Doc. 71.  Third-Party Defendants/Counter-Claimants Powerfund and Salamon
3 oppose the motion.  The court has reviewed the papers filed and has determined that the motion
4 is suitable for decision without further oral argument. See Local Rule 230(g).
5    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 7,
6 2013, is VACATED, and no party shall appear at that time.  As of that date, the court will take
7 the matter under submission and will thereafter issue its decision.
8 IT IS SO ORDERED.

Dated:   January 2, 2013
          UNITED STATES DISTRICT JUDGE