1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Timothy L. Thompson, #133537
   5 River Park Place East
3  Fresno, California 93720-1501
   Telephone:    (559) 433-1300
4  Facsimile:    (559) 433-2300

5  The Dontzin Law Firm LLP
   Tibor L. Nagy, Jr.
6  Jason S. Lapkin
   6 East 81st Street
7  New York, N.Y.  10028
   Telephone:  (212) 717-2900
8  Facsimile:   (212) 717-8088

9  Attorneys for Counter-Defendant GLG NORTH
   AMERICAN OPPORTUNITY FUND

10

                    UNITED STATES DISTRICT COURT
11
            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
12

13  CHARLES L. BRYANT and JACK          Case No. 12-cv-00572 AWI SKO
    DELIDDO,
14                                      **STIPULATION AND ORDER FOR**
               Plaintiffs,              **EXTENSION OF TIME TO FILE**
15                                      **OPPOSITION AND REPLY BRIEFS AND**
          v.                            **CONTINUE HEARING DATE ON**
16                                      **MOTION TO DISMISS**
    MICHAEL MATVIESHEN and DOES 1       **[E.D.L.R. 230(f)]**
17  through 25, inclusive,

18             Defendant.

19  MICHAEL MATVIESHEN,

20             Counterclaimant,

21        v.

22  CHARLES L. BRYANT, JACK DELIDDO,
    GENERAL MOTORS VENTURES, INC.,
23  TENOR OPPORTUNITY MASTER FUND,
    LTD., GLG NORTH AMERICAN
24  OPPORTUNITY FUNDS, and ATLAS
    INVESTMENT FUND ,
25
               Counterdefendants.
26

27

28

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS
AND CONTINUE HEARING DATE ON MOTION TO DISMISS**

1    WHEREAS, Counter-Defendant GLG NORTH AMERICAN OPPORTUNITY FUNDS (the

2    "GLG Fund") filed a Motion to Dismiss on November 27, 2012, pursuant to Federal Rules of Civil

3    Procedure, Rule 12(b) (the "Motion to Dismiss") in response to the First Amended Counterclaim of

4    MICHAEL MATVIESHEN ("Mr. Matvieshen").

5    Whereas, the Motion to Dismiss is currently scheduled for hearing on February 25, 2013 at

6    1:30 p.m. in Courtroom 2.

7    Whereas, due to various conflicts which have arisen in other matters for counsel to the GLG

8    Fund, they have requested that counsel for Mr. Matvieshen stipulate to an extension of time for them

9    to file their reply brief and the hearing date in this matter.  Counsel for Mr. Matvieshen have agreed to

10   this request and expressed the desire, in light of the continuation of the hearing date and the press of

11   other practice obligations, to extend the time for filing the opposition.

12   THEREFORE, based on the foregoing, and pursuant to Local Rule 230(f), counsel for Mr.

13   Matvieshen and the GLG Fund HEREBY STIPULATE AND AGREE THAT:

14   1.    Mr. Matvieshen's opposition to the Motion to Dismiss shall be filed and served on

15         March 11, 2013.

16   2.    The reply brief of the GLG Fund shall be filed and served by April 1, 2013.

17   3.    The hearing date on the Motion to Dismiss shall be continued to April 8, 2013 at

18         1:30 p.m. or as soon thereafter as the court deems appropriate.

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2
**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS AND CONTINUE HEARING DATE ON MOTION TO DISMISS**

Dated:  February 8, 2013                                McCORMICK, BARSTOW, SHEPPARD,
                                                        WAYTE & CARRUTH LLP


                                                By:_____/s/  Timothy L. Thompson_____
                                                        Timothy L. Thompson
                                                        Attorneys for Counter-Defendant
                                                        GLG NORTH AMERICAN
                                                        OPPORTUNITY FUND

Dated:  February 8, 2013                                GREEN & NOBLIN, P.C.


                                                By:      _____/s/  James Robert Noblin_____
                                                        James Robert Noblin
                                                        Attorneys for Defendant
                                                        MICHAEL MATVIESHEN


                                        **ORDER**

        GOOD CAUSE APPEARING, IT IS SO ORDERED, that the opposition to the GLG Fund's

Motion to Dismiss by Mr. Matvieshen shall be filed and served on March 11, 2013, the reply of GLG

Fund shall be filed and served by April 1, 2013 and the hearing on the Motion to Dismiss shall be

continued to April 8, 2013 at 1:30 p.m. in Courtroom 2.


61218-00000 2390995.1


IT IS SO ORDERED.

Dated:   February 8, 2013           _____
                                         SENIOR  DISTRICT  JUDGE

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS
AND CONTINUE HEARING DATE ON MOTION TO DISMISS**

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501