McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Timothy L. Thompson, #133537
5 River Park Place East
Fresno, California 93720-1501
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

The Dontzin Law Firm LLP
Tibor L. Nagy, Jr.
Jason S. Lapkin
6 East 81st Street
New York, N.Y. 10028
Telephone: (212) 717-2900
Facsimile: (212) 717-8088

Attorneys for Counter-Defendant GLG NORTH AMERICAN OPPORTUNITY FUND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHARLES L. BRYANT and JACK DELIDDO,<br><br>    Plaintiffs,<br><br>   v.<br><br>MICHAEL MATVIESHEN and DOES 1 through 25, inclusive,<br><br>    Defendant.<br><br>MICHAEL MATVIESHEN,<br><br>    Counterclaimant,<br><br>   v.<br><br>CHARLES L. BRYANT, JACK DELIDDO, GENERAL MOTORS VENTURES, INC., TENOR OPPORTUNITY MASTER FUND, LTD., GLG NORTH AMERICAN OPPORTUNITY FUNDS, and ATLAS INVESTMENT FUND ,<br><br>    Counterdefendants. | Case No. 12-cv-00572 AWI SKO<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS AND CONTINUE HEARING DATE ON MOTION TO DISMISS**<br>**[E.D.L.R. 230(f)]** |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS AND CONTINUE HEARING DATE ON MOTION TO DISMISS**

WHEREAS, Counter-Defendant GLG NORTH AMERICAN OPPORTUNITY FUNDS (the "GLG Fund") filed a Motion to Dismiss on November 27, 2012, pursuant to Federal Rules of Civil Procedure, Rule 12(b) (the "Motion to Dismiss") in response to the First Amended Counterclaim of MICHAEL MATVIESHEN ("Mr. Matvieshen").

Whereas, the Motion to Dismiss is currently scheduled for hearing on February 25, 2013 at 1:30 p.m. in Courtroom 2.

Whereas, due to various conflicts which have arisen in other matters for counsel to the GLG Fund, they have requested that counsel for Mr. Matvieshen stipulate to an extension of time for them to file their reply brief and the hearing date in this matter.  Counsel for Mr. Matvieshen have agreed to this request and expressed the desire, in light of the continuation of the hearing date and the press of other practice obligations, to extend the time for filing the opposition.

THEREFORE, based on the foregoing, and pursuant to Local Rule 230(f), counsel for Mr. Matvieshen and the GLG Fund HEREBY STIPULATE AND AGREE THAT:

1. Mr. Matvieshen's opposition to the Motion to Dismiss shall be filed and served on March 11, 2013.

2. The reply brief of the GLG Fund shall be filed and served by April 1, 2013.

3. The hearing date on the Motion to Dismiss shall be continued to April 8, 2013 at 1:30 p.m. or as soon thereafter as the court deems appropriate.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS AND CONTINUE HEARING DATE ON MOTION TO DISMISS**

Dated: February 8, 2013

                                                   McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Timothy L. Thompson
     Timothy L. Thompson
     Attorneys for Counter-Defendant
     GLG NORTH AMERICAN OPPORTUNITY FUND

Dated: February 8, 2013

                                                   GREEN & NOBLIN, P.C.

By: /s/ James Robert Noblin
     James Robert Noblin
     Attorneys for Defendant
     MICHAEL MATVIESHEN

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED, that the opposition to the GLG Fund's Motion to Dismiss by Mr. Matvieshen shall be filed and served on March 11, 2013, the reply of GLG Fund shall be filed and served by April 1, 2013 and the hearing on the Motion to Dismiss shall be continued to April 8, 2013 at 1:30 p.m. in Courtroom 2.

61218-00000 2390995.1

IT IS SO ORDERED.

Dated: February 8, 2013    _____
                                         SENIOR DISTRICT JUDGE