# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES L. BRYANT and JACK DELIDDO,** )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>**MICHAEL MATVIESHEN and DOES 1** )<br>**through 25, inclusive,** )<br>)<br>Defendants. )<br>_____)<br>**MICHAEL MATVIESHEN,** )<br>)<br>Counter-Claimant, )<br>)<br>v. )<br>)<br>**CHARLES L. BRYANT, JACK** )<br>**DELIDDO, GENERAL MOTORS** )<br>**VENTURES, INC., TENOR** )<br>**OPPORTUNITY MASTER FUND, LTD.,**)<br>**GLG NORTH AMERICAN** )<br>**OPPORTUNITY FUND, and ATLAS** )<br>**INVESTMENT FUND,** )<br>)<br>Counter-Defendants )<br>)<br>_____) | 1:12-CV-00572  AWI SKO<br><br>**ORDER VACATING HEARING DATE OF APRIL 8, 2013 AND TAKING MATTER UNDER SUBMISSION** |

Counter-Defendant GLG North American Opportunity Fund has made a motion to dismiss. Doc. 79. Michael Matvieshen has filed an opposition. Doc. 104. The court has reviewed the documents and determined that oral argument would not be helpful at this time. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 8, 2013, is VACATED, and no party shall appear at that time.

IT IS SO ORDERED.

Dated:  April 4, 2013

SENIOR DISTRICT JUDGE