IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. BRYANT and JACK DELIDDO,<br><br>    Plaintiffs,<br> v.<br><br>MICHAEL MATVIESHEN and DOES 1 through 25, inclusive,<br><br>    Defendants.<br><br>AND RELATED THIRD PARTY CLAIMS AND COUNTERCLAIMS | 1:12-CV-00572 AWI SKO<br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

  Based on the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 107), it is hereby ORDERED that:

  1. All claims, counterclaims, and third party claims in the above-entitled action asserted between Charles L. Bryant, Jack Deliddo, Sunlogics PLC, Sunlogics Inc., Michael Matvieshen, Sunlogics Power Fund Management, Inc., and Salamon Group, Inc. are dismissed in their entirety with prejudice and each party shall bear its own fees and costs.

  2. All claims in the above-entitled action asserted against third parties DayStar Technologies, Inc., General Motors Ventures, Inc., Tenor Opportunity Master Fund, Ltd., GLG North American Opportunity Fund, and Atlas Investment Fund, are dismissed with prejudice.

3. All dismissals are considered final judgments on the merits.

4. As there are no claims remaining in this case, the clerk's office is directed to close this case.

IT IS SO ORDERED.

Dated:  April 10, 2013

SENIOR DISTRICT JUDGE