FILED

APR 12 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1   Cathleen A. Cowin, Esq. (Bar #153424)
    *Law Offices of Cathy Cowin*
2   2344 Tulare Street, Suite 300
    Fresno, California 93721
3   Telephone: (559) 445-1234
    Facsimile: (559) 445-0703
4
    Attorneys for:    Plaintiffs CHARLES L. BRYANT & JACK DELIDDO
5

6                    UNITED STATES DISTRICT COURT

7        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

8

9   CHARLES L. BRYANT and JACK            Case No. 12-cv-00572 AWI SKO
    DELIDDO,
10                                         **STIPULATION & ORDER RE**
                 Plaintiffs,               **RETURN OF CASH BOND**
11
          v.
12
    MICHAEL MATVIESHEN and DOES 1
13  through 25, inclusive,

14               Defendants.

15  _____

16  AND RELATED COUNTERCLAIMS

17

18      WHEREAS, Plaintiff CHARLES L. BRYANT ("BRYANT") deposited with the court a

19  $2,000 (Two Thousand Dollar) cash bond pursuant to the Court's orders regarding the TRO

20  (Docket No. 7) and Preliminary Injunction (Docket No. 30) against MICHAEL

21  MATVIESHEN concerning the original complaint in the above-captioned case; which

22  provided for payment of the cash bond to secure the injunctive relief pending further order of

23  the court; and,

24
25      WHEREAS, all claims have been dismissed with prejudice (Docket No. 108); and,

26      WHEREAS, the parties now enter into this stipulation for the purpose of returning the cash

27  security to BRYANT.

28

{8110/035/00360050.DOCX }                    1

NOW, THEREFORE, it is hereby STIPULATED AND AGREED by and between the parties to this action through their respective legal counsel that entire cash security, together with any accrued interest thereon, should be immediately released to the Cathleen A. Cowin, as authorized agent for BRYANT, and the court is respectfully requested to so order.

**SO STIPULATED.**

Dated: April 11, 2013                LAW OFFICE OF CATHY COWIN:

*Cathleen A. Cowin*
_____
CATHLEEN A. COWIN,
Attorney for BRYANT and DELIDDO

Dated: April 11, 2013                BRAUNHAGEY & BORDEN LLP

/s/
_____
J. NOAH HAGEY,
Attorney for SUNLOGICS PLC and SUNLOGICS INC.

Dated: April ____, 2013                GREEN & NOBLIN P.C.


_____
JAMES ROBERT NOBLIN,
Attorney for MICHAEL MATVIESHEN,
SALAMON GROUP, INC, and SUNLOGICS
POWER FUND MANAGEMENT, INC.

1
2

**ORDER**

3      On April 10, 2013, dismissal with prejudice was entered concerning this case, with all

4 parties bearing their own attorney fees and costs (Docket No. 108), the Preliminary Injunction

5 was extinguished upon resolution of the case, and the parties have stipulated and agreed to

6 release of the cash security for bond deposited with the court by Plaintiff CHARLES L.

7
8 BRYANT ("BRYANT").

9      NOW THEREFORE, is it hereby ORDERED that the Clerk of this Court is hereby

10 directed to release the entire cash security, consisting of $2,000 (Two Thousand Dollars),

11 together with any interest accrued thereon, to Cathleen A. Cowin as authorized agent for

12 CHARLES L. BRYANT.

13

14

15      **IT IS SO ORDERED**.

16

17 DATED: April _11_ , 2013          _____

18                                   The Honorable ANTHONY W. ISHII,
                                     UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

{8110/035/00360050.DOCX }                  3