Cathleen A. Cowin, Esq. (Bar #153424)
**Law Offices of Cathy Cowin**
2344 Tulare Street, Suite 300
Fresno, California 93721
Telephone: (559) 445-1234
Facsimile: (559) 445-0703

FILED
APR 12 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for:   Plaintiffs CHARLES L. BRYANT & JACK DELIDDO

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHARLES L. BRYANT and JACK DELIDDO,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MATVIESHEN and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 12-cv-00572 AWI SKO<br><br>**STIPULATION & ORDER RE RETURN OF CASH BOND** |
| AND RELATED COUNTERCLAIMS | |

WHEREAS, Plaintiff CHARLES L. BRYANT ("BRYANT") deposited with the court a $2,000 (Two Thousand Dollar) cash bond pursuant to the Court's orders regarding the TRO (Docket No. 7) and Preliminary Injunction (Docket No. 30) against MICHAEL MATVIESHEN concerning the original complaint in the above-captioned case; which provided for payment of the cash bond to secure the injunctive relief pending further order of the court; and,

WHEREAS, all claims have been dismissed with prejudice (Docket No. 108); and,

WHEREAS, the parties now enter into this stipulation for the purpose of returning the cash security to BRYANT.

{8110/035/00360050.DOCX }   1

STIPULATION & PROPOSED ORDER RE RELEASE OF CASH BOND

NOW, THEREFORE, it is hereby STIPULATED AND AGREED by and between the parties to this action through their respective legal counsel that entire cash security, together with any accrued interest thereon, should be immediately released to the Cathleen A. Cowin, as authorized agent for BRYANT, and the court is respectfully requested to so order.

**SO STIPULATED.**

Dated: April 11, 2013          LAW OFFICE OF CATHY COWIN:

*Cathleen A. Cowin*

———————————————————
CATHLEEN A. COWIN,
Attorney for BRYANT and DELIDDO

Dated: April 11, 2013          BRAUNHAGEY & BORDEN LLP

/s/
———————————————————
J. NOAH HAGEY,
Attorney for SUNLOGICS PLC and SUNLOGICS INC.

Dated: April ____, 2013        GREEN & NOBLIN P.C.


———————————————————
JAMES ROBERT NOBLIN,
Attorney for MICHAEL MATVIESHEN,
SALAMON GROUP, INC, and SUNLOGICS
POWER FUND MANAGEMENT, INC.

**ORDER**

On April 10, 2013, dismissal with prejudice was entered concerning this case, with all parties bearing their own attorney fees and costs (Docket No. 108), the Preliminary Injunction was extinguished upon resolution of the case, and the parties have stipulated and agreed to release of the cash security for bond deposited with the court by Plaintiff CHARLES L. BRYANT ("BRYANT").

NOW THEREFORE, is it hereby ORDERED that the Clerk of this Court is hereby directed to release the entire cash security, consisting of $2,000 (Two Thousand Dollars), together with any interest accrued thereon, to Cathleen A. Cowin as authorized agent for CHARLES L. BRYANT.

**IT IS SO ORDERED.**

DATED: April 11, 2013

The Honorable ANTHONY W. ISHII,
UNITED STATES DISTRICT JUDGE